IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 17-23 (GMS) |
| JAMES BRIGGS a/k/a "Boob," | : |
| Defendant. | : |



SEALED / UNSEALED 2/6/18 KJK

### INFORMATION

The Acting United States Attorney for the District of Delaware charges that:

### COUNT I

On or about February 15, 2017, in the State and District of Delaware, JAMES B. BRIGGS, a/k/a "Boob," defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and death and serious bodily injury to a person known to the grand jury resulted from the use of that substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C),

### COUNT TWO

On or about March 9, 2017, in the State and District of Delaware, JAMES B. BRIGGS, a/k/a "Boob," defendant herein, did knowingly and intentionally possess with intent to distribute one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

2018 JAN 25 AM 8:31

## COUNT THREE

On or about March 9, 2017, in the State and District of Delaware, JAMES B. BRIGGS, a/k/a "Boob," defendant herein, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, a Ruger P89DC semi-automatic, nine (9) millimeter handgun, serial number 309-79763, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count One of this Information, defendant JAMES B. BRIGGS, a/k/a "Boob," shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. §2461(c), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation, and property, real or personal, that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

Upon conviction of the controlled substance offense alleged in Count Two of this Information, defendant JAMES B. BRIGGS, a/k/a "Boob," shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. §2461(c), any property, real or personal, that was used to facilitate, or was intended to be used to facilitate, the commission of the offense, including but not limited to:

    a) a Ruger P89DC semi-automatic, nine (9) millimeter handgun, serial number 309-79763; and

    b) cash seized from 110 Avalon Building, Newark, Delaware on March 9, 2017.

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. Section 853(p) as incorporated by 28 U.S.C. Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Upon conviction of Count Three of this Information, defendant JAMES B. BRIGGS, a/k/a "Boob," shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offenses, including but not limited to a Ruger P89DC semi-automatic, nine (9) millimeter handgun, serial number 309-79763, and ammunition loaded in that firearm.

DAVID C. WEISS
Acting United States Attorney

By: _____
Jennifer K. Welsh
Assistant United States Attorney

Dated: 1/23/18